THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CLAYTON KING, Appellant. (Appeal No. 2.) [869 NYS2d 836]

Same memorandum as in *People v King* (57 AD3d 1495 [2008]). Present—Hurlbutt, J.P., Centra, Fahey and Peradotto, JJ.